# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                           DATE: 1-23-06

HONORABLE CAMILLE L. VELEZ-RIVE, U.S. MAGISTRATE JUDGE

COURTROOM DEPUTY: CARLOS J. RODRIGUEZ      CR. 00-048-21 (JAF)

================================================================

UNITED STATES OF AMERICA

Plaintiff(s)

V.

LUIS J. ROSARIO-TELLADO

Defendant(s)
================================================================

CASE CALLED FOR INITIAL APPEARANCE ON VIOLATION OF SUPERVISED RELEASE. Defendant is brought before the Court based upon an arrest warrant issued by Honorable Chief Judge Fusté on December 28, 2006. Defendant is informed as to the nature of the violations . Magistrate Vélez-Rivé referred the case to Chief Judge Fusté for Revocation hearing . Attorney Frank Inserni is appointed to represent Mr. Rosario-Tellado . Defendant shall remain committed.

S/ Carlos J. Rodríguez
Deputy Clerk