AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE            DISTRICT OF          PUERTO RICO

UNITED STATES OF AMERICA,                    **APPEARANCE**

v.                                           CASE NUMBER: 00-048(JAF)

**LUIS JAVIER ROSADO-TIRADO**

To the Clerk of this court and all parties of record:

Enter my appearance as **lead counsel** in this case for the United States of America. Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.

February 16, 2006
*Date*

/s/ Evelyn Canals - Bar No. 207107
*Signature*

Evelyn Canals
*Print Name*

350 Torre Chardón, Suite 1201
*Address*

San Juan, Puerto Rico 00918
*City*

(787) 766-5656
*Phone Number*