# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Scheduled Time: 9:30
Reset Time: :
Starting Time: 9:35
Ending Time: 9:50

<u>MINUTES OF PROCEEDINGS</u>

HONORABLE JOSE A. FUSTE

COURTROOM DEPUTY: Brenda GONZALEZ                DATE:   February 16, 2006

COURT REPORTER:   Yvette RICHARDSON              **CR. NO: 00-048-21(JAF)**

COURT INTERPRETER: Janis PALMA                   PO: Norma RIVERA

================================================================
UNITED STATES OF AMERICA            <u>Attorneys</u>:  AUSA Evelyn Canals

vs.

LUIS JAVIER ROSARIO-TELLADO                      Frank Inserni-Milam, Esq.
================================================================

The defendant is present in court.  He is __X__ under custody ____ released.

    CASE CALLED FOR FINAL REVOCATION HEARING of supervised release. After having heard both parties in this case, the Court finds that the defendant violated the conditions of the imposed supervised release as cited in the motion filed by the U. S. Probation Office. Therefore, the supervised release term imposed on April 19, 2001, is hereby revoked. The Court has considered the Chapter Seven (7) Policy Statements of the Sentencing Guidelines as an advisory tool regarding revocation of supervised release. Same establishes that based on grade B violation and a Criminal History Category of I, the guideline imprisonment range is from 4 to 10 months.

    Having considered the nature of the offender's original offense of conviction, as well as the conduct which has again brought him before the Court, the Court finds that defendant must be held accountable for his behavior and must now face the consequences of his actions. As such, a term of imprisonment within the recommended policy statements imposed.

Page 2

**IT IS THE JUDGMENT OF THE COURT** as to violation(s) in Standard Conditions #2, #7, #8, #9 and #11 and Mandatory Conditions.

Imprisonment for a total term of   4 months.

Supervised release for a total term of   24   months

Fine:  None    Special Monetary Assessment:  None    Restitution:  None

All terms and conditions are specified in the judgment form.

The defendant is advised of his/her right to appeal, etc.

___  Any remaining counts as to this defendant are ordered dismissed.

___  Voluntary surrender is requested.   It is ___ granted  ___ denied

_X_  Defendant is remanded to the custody of the U.S. Marshal.

Recommendations:

Upon release of imprisonment, defendant shall not return to his address on record in Caracoles Ward, Peñuelas, Puerto Rico.

s/ *Brenda Gonzalez*
Brenda GONZALEZ
Courtroom Deputy Clerk