UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**  \*

**Vs.**  \*  00-CR-00048-021 (JAF)

**ROSARIO-TELLADO, LUIS JAVIER**  \*

**ORDER**

By the Order of the Honorable José A. Fusté, Chief United States District Court Judge, the pre-sentence investigation report is hereby returned to the U.S. Probation Office.

IT IS SO ORDERED.

San Juan, Puerto Rico, this March 9, 2006.

**FRANCES RIOS DE MORAN**
Clerk of the Court

By: Janis Palma
Interpreter/Deputy Clerk

**ACKNOWLEDGMENT:**

I hereby acknowledge receipt of the pre-sentence investigation report

on _____

Eustaquio Babilonia
Chief U.S. Probation Officer

By: _____