AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

FOR THE UNITED STATES     District of     PUERTO RICO

UNITED STATES OF AMERICA

V.

LUIS JAVIER TELLADO-ROSARIO

**WARRANT FOR ARREST**

Case Number: 3:00CR048-21 (JAF)

*[Stamps: RECEIVED U.S. MARSHAL Dec 29 9:30 AM '05 DISTRICT OF PUERTO RICO; RECEIVED AND FILED 2007 FEB -5 AM 11:03 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR]*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     **LUIS JAVIER TELLADO-ROSARIO**
                                                                                                                                                   Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Probation Violation Petition    **X** Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with (brief description of offense)
UPON ARREST, THE COURTROOM DEPUTY CLERK WILL BE NOTIFIED AND WILL THEN SCHEDULE A REVOCATION HEARING BEFORE CHIEF JUDGE JOSE A. FUSTE.

in violation of Title _____ United States Code, Section(s) _____

| JOSE A. FUSTE | s/ Brenda Gonzalez, Courtroom Deputy Clerk/Case Manager |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| CHIEF, U. S. DISTRICT JUDGE | DECEMBER 28, 2005, SAN JUAN, PUERTO RICO |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1-3-06 | JUAN CORREA | By: [signature] |
| DATE OF ARREST | TFA | |
| 1-27-06 | | |